PUBLISH

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED

U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
03/10/99
THOMAS  K. KAHN
CLERK

No. 96-4577

D.C. Docket No. 95-8285-CIV-KLR

SHARI L. LYES,

Plaintiff-Appellant,

versus

CITY OF RIVIERA BEACH, FLORIDA,
CINTHIA BECTON, et al.,

Defendants-Appellees.

Appeal from the United States District Court for the
Southern District of Florida

**(March 10, 1999)**

Before EDMONDSON, Circuit Judge, KRAVITCH and WOOD*, Senior Circuit
Judges.

_____

*Honorable Harlington Wood, Jr., Senior U.S. Circuit Judge for the Seventh
Circuit, sitting by designation.

PER CURIAM:

In accordance with the opinion of the <u>en banc</u> court, dated February 11, 1999, reversing in part and affirming in part, we remand this case to the district court for disposition consistent with that opinion.

AFFIRMED IN PART, REVERSED IN PART, AND REMANDED.